UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **JOHN FOOTEN,** ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | **Civil Action** |
| ) | | **No. 12-11575-FDS** |
| **CHIME MEDIA, LLC,** and ) | | |
| **GEORGE O'CONOR,** ) | | |
| Defendants. ) | | |
| ) | | |

## SETTLEMENT ORDER OF DISMISSAL

**SAYLOR, D.J.**                                                                                          November 2, 2012

The parties have orally advised the Court that this action has settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right if any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.


By the Court,

/s/ Pietro Cicolini
Deputy Clerk