UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN FOOTEN, <br><br> Plaintiff <br><br> v. <br><br> CHIME MEDIA, LLC and <br> GEORGE O'CONOR, <br><br> Defendants | Civil Action No.: 1:12-CV-11575-FDS |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), all parties hereby stipulate and agree that the above entitled action shall be dismissed without prejudice. All parties agree to bear their own costs and fees. All rights of appeal are hereby waived by all parties.

Dated: December 17, 2012

Respectfully submitted,

/s/ Charles F. Rodman
Charles F. Rodman, BBO# 641216
rodman@rodmanlawgroup.com
Nieve Anjomi, BBO# 651212
anjomi@rodmanlawgroup.com
RODMAN LAW GROUP LLC
36 Washington Street, Suite 190
Wellesley, MA 02481
(781) 237-5500
(781) 237-5550 [fax]


/s/ Melissa H. Davis
Melissa H. Davis (BBO #668,308)
Pepper Hamilton LLP
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
(617) 204-5100
davismh@pepperlaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing Stipulation of Dismissal was served upon the attorney of record for all parties who have appeared in this action via the Court's electronic filing system on December 17, 2012.

                                      */s/ Nieve Anjomi*
                                      Nieve Anjomi